IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY HEASLET, PETER J. HALL and BLAKE BURRIS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MED-TRANS CORPORATION, dba MED-TRANS AEROMEDICAL CORPORATION, a North Dakota Corporation,<br><br>　　　　　Defendant. | 2:05-cv-01807-GEB-DAD<br><br>ORDER |

　　　　This action should have been removed to the Fresno division of this district.  See L.R. 3-120(b).  The Clerk of the Court shall therefore reassign this case to a judge in the Fresno Division for further proceedings.  Any dates currently set in this reassigned case are vacated.


　　IT IS SO ORDERED.

DATED:  December 5, 2005

　　　　　　　　　　　　　　　　　　/s/ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　United States District Judge